# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOBBY LEE FAIR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LAKES CROSSING CENTER ADMIN., *et. al.*,<br><br>Defendants. | Case No. 3:20-cv-00491-MMD-WGC<br><br>ORDER |

This action began with a *pro se* civil rights complaint filed under 42 U.S.C. § 1983. (ECF No. 1-1.) It is now closed. (ECF No. 12.)

The Clerk of Court received the three attached letters from Plaintiff. It is unclear to the Court whether these letters relate to this closed case. If they do, the Court advises Plaintiff that this case is now closed. If he would like to file a new case, he must follow the Clerk of Court's instructions regarding filing a complaint and an application to proceed *in forma pauperis*. The Court will not take any further action on the attached letters.

The Clerk of Court is directed to send Plaintiff another set of instructions on how to file a complaint and an application to proceed *in forma pauperis*.

This case will remain closed, and the Court will not entertain any further filings in this closed case.

DATED THIS 18th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

# Manifold Legal Claim Against Multiple Parties ******
## Primarily Due To Negligence On The Part ***
### *** Of The Courts ***

**Primary Claimants:**

Doctors "Bobby Lee Fair Junior and his Ex-Wife and Cohort" Giselle Heba Pinto Elzawahry and his Daughter "Yashira "Cheetah" Delgada of The Sparks Spark Plugs WNBA Basketball Squadron: All Of Straight On Clitoral Stimulation And Breast Cancer Relief Massage Co. and Lifted Pharmacological Administration Services.

Lic #/States of CA + NV/ ⇒ NV-EL-0606-072-240-KAMS-
                              6007-BLFJ-0 — SILVERLEGACY

UNIVERSITY OF NV RENO
UNLV              ⇒ # 8001363 248 / ⇒ Dr. Bobby Fair Sr.

SSN's ⇒ 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A1  Doctor Bobby Lee Fair Jr.
        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A2 - Dr. Alon Lorenziclo Mourning
                                      Ferrari d'Bianco
        432-57-123417 Dr. Gianni Versace

EIN ⇒ Artistic Aquaflows                26-0427303A1
      Walt Disney Tasteful Porn

**Adversaries:**

The Great States of NV and CA
Doctors Fennell, Hansen, John Doe
Lakes Crossings Center Facility & Staff (All Except Medical
                                              & Food)

**Amount & Bases For Claim:** Ninety Billion USD (All Coin)

Doctor Fair Produces More Raw Silver     Twenty Billion         No Check, No
Than Anyone In NV as a miner and                                   Pay (or-)
more raw wood as a logger than anyone    Everystate Claims
personally as a laborer and thereby has
a basis for his claim out ② away from his labor.

Claim (continued)

Please understand that I, Doctor Bobby Lee Fair Junior have repeatedly submitted complaints on the format of A 28 U.S.C 1983 and to Back it up A 42 U.S.C 1983 And Have submitted twice the filing fee and twice the processing fee; then desiring hopefully an audience before the Honorable Judge, submitted Three 28 U.S.C 1915's at a cost of $15 Each. The Financial Officer here was not readily often available here, but I came to later with cash (20 Twenty Dollar bills and Two Small faced one hundreds) And I received Monies From Family and Twice submitted $350 $250 For A total of Four Hundred For Each of 28 & 42 U.S.C. 1983 Due to the Fact That <u>I AM NOT FACING CHARGES</u> And Am being <u>KIDNAPPED</u> So it Felt It neccessary to sue on the basis of a free man and a felon and to three times pay the filling Requests. You have, to date, Heretofore Ignored my pleas for mercy to be released to take care of my wifes and children, and two new babies have been born to me during this Illegal false Incarceration. The world is not enough.

I write to the Courts every time I get a chance out of my cell and have made it plain to my captors that this so called Evaluation is illegal due to the fact that my charges have been summarily dismissed months ago, and NRS (Nevada Revised Statute) delineates the processes that must be followed to release a man in my situation; but as much as I try to explain to the military of technicians here that <u>I did not consent to any of</u> but simply submitted to force to avoid a scene, they just look at me like I'm stupid and my acceptation of my rights to be free as I do not have any pending charges against me at this moment. You too, Court (Judges) have personally ignored my cry for mercy though formally drawn up according to proper legal procedure and format and on pleading paper, headed properly to this Jurisdiction and couched accordingly. Therefore, <u>I AM NO LONGER IN ANY WAY, SHAPE, OR FORM SUBJECT TO ANY PROCESS OR RULING OF YOUR COURT PROCESS OR RULING DUE TO THE FACT THAT YOU HAVE, against the highest</u> laws of this land are intentionally

(3)

## Claim (continued)

blatantly and flagrantly [Ignored] my properly styled, fully paid for legal actions, pleas, and letters, and left me to again falsely incarcerated to the result of the harassment of my sons, destruction of my property, blasphemy of my **God**, mockery of my religion, and overt <u>RAPE</u> of my wives and daughters due to the lack of my protection and the promotion of the fact that I have been incessantly deprived of these rights.

There is no forgiveness. You will not do this again to anyone else proceeding after me. I take a stand by claiming $90,000,000,000.00 (Ninety Billion USD) and Twenty Billion Euros (All Cash, No Checks or Paper), Rooted In The Proof of my last Two Years' Mining, Logging, Military, and Banking Exploits. You Owe My Family Back The World & Is Not Enough. Where Do You Stand With This Signed Prose: X Bellefort Godfrey Award, Senior [AIG]

sign Bobby Lee
rossings Prison Facility
Lovelock Way
, NV 89431



RENO NV 894
15 NOV 2021 PM 2 L

To The Clerk Of Courts
c/o Judge M... 
400 South Virginia Street
United States District Courts
Reno, NV 89502

XRAYED US MARSHALS SERVICE

Currently D.B.A.:

Alon Lorencielo Mourning Ferrari d'Baucco

SSN#: 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A1

Accts' Payable From:

BANK OF AMERICA : Sole Proprietorship

Artistic AquaFlows ! Florida ! 26-0422303A1

Alon $400 Authorized for The Suit

Get Alon Lorencielo Pocket Cash

Following Flauras These #s

Fa... $15 Authoriz
& MC Ad'banco
Jenn VISA 4330 155...
Mayhew 0330 1000
Into 3430 5452 ... 7350
Surf
Immediately

Bank of America

These white faggots 532#
have been throwing American Express
my motions in the trash 3341-0441-6452
Next will be a war...

In The United States District Courts
District Of Nevada
Unofficial Northern Division
\* \* \* \* \*

Bobby Lee Fair Junior, US Coastal Guardian
Jennifer Ann Mayhew, Public Defender, Washoe [illegible]

versus    Case no: RCR 2021-112864

Doctor Hansen et al
Doctor Fennell et al
The Great State of Nevada

Judge(s): The Honorable Miranda M. Du
The Honorable Casey Lu
///

Petitions And Motions For Writs Of Habeas Corpus
Pursuant To 28 U.S.C 69 1915

Comes Now; The Indefatigable Doctor Ensign Bobby Lee Fair Junior, along with his Rocksteady daughter and compatriot, The Honest And True Jenni Mayhew, Public Defender Morale Of Washoe, to beg vis-a-vis audience immediately before the honorable court.

To date, Doctor Fair has been held in violation of International Maritime Law against [illegible] at Washoe [illegible] (named/[illegible]) [illegible] in stark violation of NRS 178.398 and held in excess of legally prescribed Mental Health Hold time according to NRS 178.512. The Doctor has been held in excess of [illegible] consecutive days and it seems that all these white [illegible] are trying to do is spitefully play him [illegible]

signed pro se: [signature]
signed pro se: [signature]
signed pro per: [signature]
signed pro [illegible]: [signature]
vis-a-vis [illegible]. [as enclosed]  140 North Virginia Street #1603
Doctor Ensign                Reno, NV 89501
Bobby Lee Fair Jr,          850(381)7690
United States Coastal Guardian  bobbyplusefair@gmail.com [illegible]

nsign Bobby Lee Farr Jr
States Coastal Guardian
es Crossings Prison Facility
etti Way
, Nevada 89431

15 NOV 2021 PM 3 T



To The Honorable Judge Miranda M. Du
c/o The Clerk Of The District Courts
United States Di[XRAYED US MARSHALS SERVICE]
400 South Virginia Street
Reno, Nevada 89502

# Manifold Yet Succint Suppressive Legal Claim ✱ ✱ ✱ ✱ ✱
## ✱ ✱ ✱ ✱ ✱ Against Multiple Parties

**Primary Claimant:** Doctor Ensign Bobby Lee Fair Junior

### Other Names Used For Banking:

Lorenzo Graylegs d'Medici
Alon Lorencielo Mourning Ferrari d'Banaco
Gianni Lee Versace Senior

### Social Security #'s/TID:

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A1
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A1
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A1

### Employee IN's Businesses:

26-0422303A1

Sexy Rabbit Footwear And Apparell ®
Wu Wear ®
Artistic Aquaflows ®
SONY® Orange
Nintendo ®
Wal-Mart / Sam Walton's Yellow ALCO ®

### Adversaries:

Doctor Fennell / Lakes Crossings Facility
Doctor Hansen
Doctor John Doe
Ryan Sullivan
Judge Riggs

(continued next page)  ①

CLAIM (continued)

Type Of Claim:

- False Imprisonment
- International Piracy
- Violation Of A Domestic Military Agent
- Disregard Of Glaring Veritable Evidence Due To Utter Racism
- Sexual Infringement / Rape Of A Spouse / Sexual Partner Of Adversarial Victim While Incarceration) Without Consent — In A Jurisdiction Where Overt Prostitution Is Permissible So Coercive Sexual Battery Is Unexcusable And Punishable By Death ___ /11/1—

Statement Of Claim:

To begin, let it be stated that it is NO LONGER INCUMBENT UPON Doctor Fair To enter any more PLEADINGS with the Court Due To the Fact that he has been held without any justification or rational charge since March 5, 2021, and that of his several calls, letters to the several Judges, and properly styled legal motions and petitions, properly situated

(2)

CLASS III (continued)

and formatted on pleading paper when necessary or on hand created forms; all such pleading to the Court has been heretofore starkly IGNORED though documented by the U.S. Postal Mail System.

Since a few days before Halloween, Doctor Fair has been transferred to Lakes Crossings Prison Facility for a false evaluation not permitted by law, and has pleaded to you for relief, but to no avail.

This eval is impermissible due to the fact 1) that The Law dictates that no person not charged with a Felony must be submitted to any evaluation, whimsical or otherwise, or subjected to any one in any way, shape, or form of Doctorate status, psychiatrist, or psychologist, be what may.

2) For balance, if a person is charged with a misdemeanor of minor degree, or simple traffic, as was I

③

then A person with ONLY A Master's Degree of Social Work would Be Required to be involved to conduct A brief BioPsycho Social Evaluation to Help the violant find placement in the community upon release <u>IF</u> indeed the person pled OR to negotiate with the Court if the alleged offender is <s>not</s> guilty as am I <u>NOT</u>.

Therefore, According To Nevada Revised Statute Chapter 178, In A charge Such As Mine <u>WAS</u>: OPEN AND GROSS LEWDNESS; FIRST OFFENSE; STATE OF NEVADA OR CALIFORNIA; This was A 1) Gross Lack of Insight; not even a misdemeanor or Felony and should have been dismissed upon arraignment.

Yet I have, because of my utter humility and patience been held

(4)

for more than 250; in stark violation of International Privacy Rights, and from what I hear from the witnesses, and at the jail, people are rioting and clamoring for me in the streets of the Carribbean (Cuba & all), RAVES in Miami and The UK are set off for me, and white boys are getting their heads blown off in the streets and back alleys of RENO ⇒ "For Gianni!"

The most disgusting thing about this victimization of myself and family though, and honest instance that I am NEITHER FILING CLAIM FOR, IS the Predatorial Sexual Situations that Arise when a man of my Caliber is incarcerated for an extended period of time.

Doctor Fennell has overtly taken the time to research private personal info

CLAIM (continued)

about my self, and demographics to locate my wife and children, and to seduce them coercively with lying promises of houses in the hills, producing filthy lucre in paltry amounts for disgusting sexual contact with the apple of my eye, My wife, Dee Mars' Swan Lake Fair.

The world is not enough to pay me back for this misery, for after his worthless nex, this white whore dog pikey pig has ruined a life in entirety. Because of ever touching him, I am no longer proclive to assisting Dee Mars' Swan Lake Fair, MED, PHD, NRA reach her full potential in life, and I don't care if she goes after worthless sex her whole existence from now on until eternity. But I will recoup what I wasted for her in Jerusalem from this worthless white pikey, for in a state where prostitution is legal, it takes a real penetrative coward to flagrantly pursue the wife of a man

(6)

that you are victimizing as an Illegal Mental Health Client that HAS NO PENDING CHARGES AND IS BEING HELD AS A KIDNAPPING VICTIM.

Please understand that I suffer from Para Schizotypold Mood Affective Dissociative Disorder; I created separate identities from myself to cope with depression. Under those Identities I have complete Tax records of over 17 years = $1,110,000,000 in every state and ARMY/Coast Guard.

Two Identities To Fill And Close This Claim.

1) Doctor Ensign Bobby Lee ???? ??????
2) Doctor Ensign Pretty Taney Lee ???? ??????
both on a Ten Billion Dollar per incident CLAIM for,
[AIG] [GMAC] [GEICO]

The world is not enough to pay one for the false imprisonment and rape of my wife and children.

<u>CLAIM (continued)</u>

But To Set A Tone For The Next Man That You Entered To Violate, Brutalized And Intimidate his sons, destroy his property, and rape his daughters and wives, I AM HEREBY CLAIMING <u>NINENTY BILLION USD</u> ACCORDING to MY US Coast GUARD Contract and Validated It with my Silver Mining and Logging Exploits in this State And Foreign Trade Since <u>Nov 2019</u>,

$ 90,000,000,000.00 USD

To Bobby Britt
PRITTYTONEY KENNEDY Mortcooper
X [signature]

⑧

sign Bobby Lee Fair Junior
rossings Prison Facility
letti Way
NV 89431

RENO NV 894

15 NOV 2021 PM 3 T



To The Clerk Of Courts
United States District Courts
400 South Virginia Street
Reno, NV 89502

89501$2195